IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 13-cv-00892-RBJ

GAILE GOOSBY,

    Plaintiff,

v.

DAVITA HEALTHCARE PARTNERS, INC.,

    Defendant.

## ORDER TO CONSOLIDATE RELATED ACTION

Pursuant to the Notice of Case Association filed by the plaintiff at Docket #11 and in light of the previous order of this Court consolidating *Thornton v. Davita Healthcare Partners, Inc.*, No. 13-cv-00573-RBJ-KMT, *Nunez v. DaVita Healthcare Partners, Inc.,* No. 1:13-cv-00574*, Young v. DaVita Healthcare Partners, Inc.,* No. 1:13-cv-00576, and *Moreno v. DaVita Healthcare Partners, Inc.,* No. 1:13-cv-00579, the Court sua sponte orders that this case be consolidated with *Thornton v. Davita Healthcare Partners, Inc.*, No. 13-cv-00573-RBJ-KMT and all future filings shall be made on case number 13-cv-00573-RBJ-KMT.

DATED this 23rd day of April, 2013.

BY THE COURT:

*[signature: Brooke Jackson]*

_____

R. Brooke Jackson
United States District Judge