IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 13-cv-00573-RBJ-KMT**
  (*Consolidated with* 13-cv-00574-RBJ-KMT, 12-cv-00576-RBJ-KMT, 13-cv-00579-RBJ-KMT and 13-cv-00892-RBJ-KMT)

DONALD THORNTON, individually, and as Personal Representative of the ESTATE OF JEAN THORNTON, and on behalf of all others similarly situated,

  Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC.,

  Defendant.

---

### ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO CONSOLIDATE RELATED ACTIONS

---

Having considered Tony Armstrong's Unopposed Motion to Consolidate Related Actions (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to Rule 42(a), the related action *Armstrong v. DaVita Healthcare Partners, Inc.*, No. 1:13-cv-00893 is consolidated and all future filings shall be made on the consolidated docket under the caption: *Thornton v. DaVita Healthcare Partners, Inc.*, No. 13-cv-00573-RBJ-KMT.

DATED this 24th day of June, 2013.

  BY THE COURT:

  *[signature: Brooke Jackson]*

  _____
  R. Brooke Jackson
  United States District Judge