IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00573-RBJ-KMT
(*Consolidated with* 13-cv-00574-RBJ-KMT, 12-cv-00576-RBJ-KMT,
13-cv-00579-RBJ-KMT, 13-cv-00892-RBJ-KMT and 13-cv-00893-RBJ-KMT)

DONALD THORNTON, individually and as Personal Representative of the
ESTATE OF JEAN THORNTON, and on behalf of all others similarly situated,

      Plaintiffs,

v.

DAVITA HEALTHCARE PARTNERS, INC.,

      Defendant.

---

## ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE

---

This matter has been scheduled for a **3 week jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **October 19, 2015 at 9:00 a.m.**

A Trial Preparation Conference is set for **September 25, 2015 at 1:30 p.m.** Counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.  Proposed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

In addition, the Court has set a two-day Hearing on Class Certification for **October 22, 2014 at 9:00 a.m.**

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

DATED this 29th day of May, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge