IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 13-cv-00573-RBJ | Date: April 30, 2015 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Kara Spitler |

| *Parties* | *Counsel* |
|---|---|
| DORIS MORRIS | *Stuart M. Paynter* |
| MELVIN NUNES | *Craig Valentine* |
| ARMANDO MORENO | *Garth D. Wojtanowicz* |
| TONY ARMSTRONG | |
| **Plaintiffs** | |
| v. | |
| DAVITA HEALTHCARE PARTNERS INC | *Joseph E. Hopkins* |
| | *Lisa A. Ruggiero* |
| | *James E. Tyrrell, Jr.* |
| **Defendant** | |

## COURTROOM MINUTES

### CLASS CERTIFICATION HEARING DAY TWO

Court in Session: 9:15 a.m.

Appearance of counsel.

Plaintiffs' witness, Dr. Steven Borkan, recalled and remains under oath.

9:15 a.m.     Continued direct examination of Dr. Borkan by Mr. Paynter.

9:28 a.m.     Cross examination of Dr. Borkan by Mr. Hopkins.

**10:40 a.m.     Court in recess.**
**10:56 a.m.     Court in session.**

10:56 a.m.    Continued cross examination of Dr. Borkan by Mr. Hopkins.

11:27 a.m.	Redirect examination of Dr. Borkan by Mr. Paynter.

11:28 a.m.	Examination of Dr. Borkan by the Court.

11:45 a.m.	Additional examination of Dr. Borkan by Mr. Hopkins.

Discussion held on timing and documentary evidence.

Defendant's witness, Dr. Stanley Goldfarb, called and sworn.

11:49 a.m.	Direct examination of Dr. Goldfarb by Mr. Hopkins with questions from the Court.

**12:00 p.m.	Court in recess.**
**12:59 p.m.	Court in session.**

1:04 p.m.	Defense counsel present.

1:05 p.m.	Continued direct examination of Dr. Goldfarb by Mr. Hopkins with questions from the Court.

1:59 p.m.	Cross examination of Dr. Goldfarb by Mr. Paynter with questions from the Court.

Discussion held on rebuttal exhibits.

**ORDERED:  Rebuttal exhibits are ADMITTED.**

**2:26 p.m.	Court in recess.**
**2:35 p.m.	Court in session.**

Rebuttal exhibits are identified as exhibits 36 and 37.

2:36 p.m.	Closing argument by Mr. Valentine with questions from the bench.

3:00 p.m.	Closing argument by Mr. Tyrrell with questions from the bench.

3:17 p.m.	Rebuttal argument by Mr. Valentine with questions from the bench.

Discussion held on exhibit from Dr. Goldfarb's testimony.

**ORDERED:  Exhibit LL is admitted.**

Discussion held on filing of post hearing briefs.

**ORDERED:** Parties may submit 5 pages each within 2 weeks after final transcript is received.

**ORDERED:** [109] Plaintiffs' Motion to Certify Class and Appoint Class Counsel, [128] Motion to Exclude Testimony and Opinions of Barbara Youngberg and Steven Borkan, M.D. and [130] Motion to Strike Portions of Stanley Goldfarb's Declaration and Any Related Testimony are all TAKEN UNDER ADVISEMENT, written order to issue.

Court in Recess:  3:27 p.m.          Hearing concluded.          Total time in Court:  04:48

Clerk's note:  Witness copy of the exhibits returned to counsel, the Court retains its copy.