IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 13-cv-00573-RBJ-KMT**
  (Consolidated with 13-cv-00574-RBJ-KMT, 13-cv-00576-RBJ-KMT,
13-cv-00579-RBJ-KMT, 13-cv-00892-RBJ-KMT, 13-cv-00893-RBJ-KMT, 15-cv-2106-RBJ,
15-cv-2683-RBJ, 15-cv-2686-RBJ, 15-cv-2684-RBJ, and 16-cv-00834-RBJ)

DONALD THORNTON, individually, and as Personal Representative of the
ESTATE OF JEAN THORNTON, and on behalf of all others similarly situated,

  Plaintiffs,

  v.

DAVITA HEALTHCARE PARTNERS, INC.,

  Defendant.

---

### ORDER TO CONSOLIDATE RELATED ACTIONS

---

  The related action *Frankquin Hardin v. DaVita Healthcare Partners, Inc.*, No. 1:16-cv-01676-CBS is consolidated and all future filings shall be made on the consolidated docket under the caption: *Thornton v. DaVita Healthcare Partners, Inc.*, No. 13-cv-00573-RBJ-KMT.

  DATED this 6th day of July, 2016.

                                                BY THE COURT:

                                                [signature]
                                                _____
                                                R. Brooke Jackson
                                                United States District Judge